UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

14 AUG -5 PM 3:46

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>LAMAR MOORE,<br><br>              Defendant. | CASE NO. 14cr0725-AJB<br><br>**JUDGMENT OF DISMISSAL** |


DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

18:1591 and 1594(d) - Sex Trafficking of Children; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/01/14

Anthony J. Battaglia
U.S. District Judge